**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 246 MAL 2021

            Respondent            :

                                 :    Petition for Allowance of Appeal
                                 :    from the Order of the Superior Court

                v.                   :

                                 :

BRANDON LEE KELLER,           :

                        :

            Petitioner               :

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 29th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.